**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASH PROPERTIES, INC., ) <br> MIGUEL SALAZAR CUENCA ) <br> DBA JR'S FAMILY ) <br> RESTAURANT, ) <br> ) <br> Defendants. ) <br> _____ | Case No. EDCV 12-00048 VAP (OPx) <br><br> **DISMISSAL OF REMAINING CLAIM AND JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Upon request of Plaintiff Cecil Shaw, and good cause appearing, Shaw's claim that he is entitled to have the accessible parking spaces at the subject property located on the shortest accessible route to the subject property is HEREBY DISMISSED WITH PREJUDICE. All other claims having been adjudicated by Court Order on October 31, 2012 (Doc. 50), the Court hereby orders that judgment be, and hereby is, entered in favor of Shaw as follows:

1. Ash shall pay to Shaw the sum of $4,000 within thirty (30) days of the entry of Judgment, payable to the Moore Law Firm, P.C. Trust Account, 332 North Second Street, San Jose, California, representing minimum statutory damages under the Unruh Act;

2. Ash is to provide a door landing at the back exit door of the Restaurant with a slope no greater than 2% within six (6) months of the date of entry of Judgment;

3. Ash is to provide, at the back exit door of the Restaurant, a change in level that is no greater than 1/2" within six (6) months of the date of entry of Judgment; and

4. Shaw is awarded his reasonable fees and costs to be determined in a separate motion to the Court.

Dated: November 20, 2012

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge